



1:20CR037

-FILED-

JUL 13 2020

N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# Moorish National Republic Federal Government
## ⌘ ~ Societas Republicae Ea Al Maurikanos
### Moorish Divine and National Movement of the World
**Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands**
**⌘ ~ Temple of the Moon and Sun ~ ⌘**
**The True and De Jure Natural Peoples – Heirs of the Land**
**⌘ ~ I.S.L.A.M. ~ ⌘**

# LAWFUL NOTICE!
## ⌘ - APPELLATION DECLARATION, CORRECTION -
## ⌘ PROCLAMATION AND PUBLICATION

I, **A'zaam Walee Bey**, being a direct descendant of the Ancient Canaanites / Moabites, assert my Birthright Claim of Right and of Title. Standing squarely and duly Affirmed, I do Declare, and Proclaim, upon Divine Law; upon Nature's Law; upon Universal Law; upon my Moorish Birthrights; upon International Law; and by Treaty and Constitutional Law; Declare, Proclaim and say:

I, **A'zaam Walee Bey**, being previously misclassified and misidentified by persons of the Union States Society, U.S.A - doing business at North America, was falsely - designated under the colorable, Ward-ship name, VANTRELL DESHAWN THOMAS, and do hereby refute the said Misclassifications and Frauds; making it known to the Public; and Publish my Corrected Free National Appellation, Attribute and Title. I Declare and Affirm my true, 'Proper Person Status and Estate' and assertively Reclaim my Rightful Social and Cultural Life of the State. My Declaration, Correction, Proclamation and Publication are in sanguineous and harmonious accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully, Dutifully, and Legally Obtained and Proclaimed my Moorish Nationality and Birthrights, Appellation and Title; in harmony with, in association with, and in Accord with Divine Law; the archaic Customs; and the Laws, Rules, and Usages of the "The Moorish Divine and National Movement"; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Heirship Inheritance.

My Right of Claim is 'Declared' for the Public Record, and I am returning the European cognomen, brands, and fictitious misnomer(s) back to the Colonial possessors of their construct and pedigree. I am now Rightfully and correctively Declaring, Publishing, and Proclaiming my own Free National Appellation and Title; Affirming my Actual, Rightful, and 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that:

I Am **A'zaam Walee Bey**, 'In Propria Persona' Sui Juris, Sui Heredes, In Solo Proprio (being in my own proper person), by birthright; and by Heirship Inheritance and WITHOUT IMPOSITION OF THE FOREIGN, IMPOSED COLOR-OF-LAW, COLOR OF AUTHORITY, NOR BY ANY ASSUMED OR COLORABLE JURISDICTIONS OR DUE PROCESSES of the foreign Union States Society persons doing business at North America / Northwest Amexem; pursuant to, but not limited to:

1. FREE MOORISH AMERICAN ZODIAC CONSTITUTION:
2. (Zodiac Constitution and Birthrights of the Moorish Americans) - being Ali, Bey, El, Dey and Al, affirmed and supported by Article two (2), Paragraph two (2).
3. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
4. Moorish American Credentials: Copyright AA 222141 TRUTH A-1.
5. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State.

Page **1** of **2** MACN-A001_LAWFUL NOTICE! APPELLATION DECLARATION, CORRECTION
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' –
Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs
and Inheritors of the Land.





6. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty Clause) and Amendment IX (9) (Reservation of the Rights of the People).
7. HOUSE OF REPRESENTATIVES: RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. TITLED, "MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES".
8. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS –
9. HUMAN RIGHTS [Article Fifteen (15)].
10. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL
11. ASSEMBLY - Part 1, Article 4, Article 5.

International Law: Moorish Americans, being the rightful Heirs and Aboriginal and Indigenous Natural Peoples of the Land, have and exercise the divine and natural rights to proclaim our Attributes, Appellation, Titles and Nationality.

**Moors / Muurs** have and exercise our divine and natural rights to live in freedom, peace and security as distinct People and to full guarantees against genocide or any acts of violence, including the removal of our natural birthed seed or offspring from our families and communities under any pretext. In addition, Moors have the individual rights to life, physical and mental integrity, liberty and security of person.

**Moors / Muurs** have and exercise the divine and natural rights to revitalize, use, develop, and to transmit to our future generations their histories, their languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places, and person. States shall take effective measures, whenever any rights of Moors / Muurs may be threatened, to ensure this right is protected, and also to ensure that they can understand and be understood in political, legal and administrative proceedings, where necessary through the provision of interpretation or by other appropriate means.

Wherefore, I, **A'zaam Walee Bey**, being Heir to the Land and 'Part and Parcel' herein, by Birthright, by Freehold, by Primogeniture, and by Heirship Inheritance, stand with assured competence, and make a Lawful Entry of Affidavit and Public Notification of Nationality Proclamation; Appellation Correction Claim; Declaration; Affirmation; and Application - Herewith made known and Published for the 'Public Record'.

## **Sovereign Personam Jurisdiction Proclamation**

I Am **A'zaam Walee Bey**, In Propria Persona, Sui Juris, In Proprio Solo, In Proprio Heredes at all times and all points in time.

"No UNITED STATES SERVICE CORPORATION CITIZEN or U.S. CITIZEN has Personam Jurisdiction over the Aboriginal Indigenous Sovereign Moorish American Nationals".

All CORPORATE/ Corporate/ corporate contracts with VANTRELL DESHAWN THOMAS, and all derivatives thereof are now publicly revoked, terminated, cancelled and abolished forever as all contracts that begin in fraud remain in fraud.

**I Am:** _A'zaam Walee Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris, Sui Heredes,
In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
Temple of the Moon and Sun: All Rights Reserved.

**Witness:** _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris, Sui Heredes,
In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
Temple of the Moon and Sun: All Rights Reserved.

**Witness:** _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris, Sui Heredes
In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate'
Temple of the Moon and Sun: All Rights Reserved.

Page 2 of 2 MACN-A001_LAWFUL NOTICE! APPELLATION DECLARATION, CORRECTI...
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The N...
Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being ...
and Inheritors of the Land.